UST-32, 3-03

SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| SCHNEIDER, DANIEL JOSEPH | ) | CASE NO. 09-01405-JMM |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 111 | 11/24/09 | PYOD/CITIBANK<br>c/o Resurgent Capital Serv<br>P O Box 19008<br>Greenville SC 29602 | 30.90 |
| 112 | 11/24/09 | PYOD LLC/MHS Receivables LLC<br>c/o Resurgent Capital Serv<br>P O Box 19008<br>Greenville SC 29602 | 51.26 |
| 113 | 11/24/09 | PYOD LLC/CITIBANK<br>c/o Resurgent Capital Serv<br>P O Box 19008<br>Greenville SC 29602 | 21.93 |

*October 28, 2010*             */s/ Sharon Maxwell*
    DATE